Tony WILLIS, Petitioner-Appellant,

v.

U. S. BOARD OF PAROLE, Respondent-Appellee.

No. 71–2469.

United States Court of Appeals,
Fifth Circuit.

Nov. 29, 1971.

Tony Willis, pro se.

John W. Stokes, U. S. Atty., Charles A. Pannell, Jr., Asst. U. S. Atty., Atlanta, for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

This appeal is dismissed as frivolous. See Local Rule 20.